

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ERIC FLORES,                                              §                   No. 08-16-00025-CR

                Appellant,                       §                        Appeal from the

v.                                                                   §                   120th District Court

THE STATE OF TEXAS,                           §                   of El Paso County, Texas

                State.                              §                    (TC# 20110D01621)

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 13, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jamie E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 13, 2016.

IT IS SO ORDERED this 6th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.